# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES CARROLL AND MARY CARROLL AS CO-ADMINISTRATORS OF THE ESTATE OF PATRICK J. KANNEY, | : : : | CIVIL ACTION NO. 16-1580 |
| Plaintiffs, | : : | |
| v. | : : | |
| LANCASTER COUNTY, WARDEN DENNIS MOLYNEAUX, SERGEANT MALDONADO, CORRECTIONAL OFFICER MILLER, CORRECTIONAL OFFICER TYLER PHILLIPS, PRIME CARE MEDICAL, INC., BONNIE BAIR, KRISTIN ZABLOCKI, JADE FRITSCH, JAYCEES CANDELARIO, NICOLE SMITH, KATIE NEIMER, ERICA ABERNATHY, SUSAN TAYLOR, TOBY CATONE, STEPHANIE MEYER, Defendants. | : : : : : : : : : : : : | |

## ORDER

**AND NOW**, this   14th   day of March, 2018, pursuant to the Memorandum Opinion and Order of the undersigned dated March 14, 2018 granting the Motions for Summary Judgment filed by Defendants Lancaster County, Warden Dennis Molyneaux, Sergeant Maldonado, Correctional Officer Miller and Correctional Officer Tyler Phillips dismissing those Defendants from this case,

**IT IS ORDERED** that the Motions in Limine filed by those Defendants at Docket Numbers 65, 66, 67, 68 and 69 are **DISMISSED** as moot.

BY THE COURT:

*/s/ Henry S. Perkin*
HENRY S. PERKIN
United States Magistrate Judge